1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 CRESCENIO DELGADO-ESQUIVEL

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   No. CR-S-11-00075-MCE
                            )
12         Plaintiff,       )
                            )   STIPULATION AND ORDER TO CONTINUE
13    v.                    )   DETENTION HEARING
                            )
14 CRESCENCIO DELGADO-ESQUIVEL, )
   et al.,                  )   Date: April 4, 2011
15                          )   Time: 2:00 p.m.
           Defendants.      )   Judge: Hon. Gregory G. Hollows
16                          )
   _____ )
17
       IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant
18
   United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender,
19
   attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; that the Detention
20
   Hearing of March 31, 2011 at 2:00 p.m., be vacated, and the matter be set
21
   for detention hearing on April 4, 2011 at 2:00 p.m.
22
       The reason for the continuance to allow Pre-Trial additional time to
23
   prepare the report. The parties agree a continuance is necessary for
24
   these purposes, and agree to exclude time under the Speedy Trial Act
25
   accordingly.
26
       IT IS STIPULATED that the period from the date of the parties'
27
   stipulation, March 31, 2011 and up to and including the April 4, 2011
28

detention hearing, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel).

Dated: March 31, 2011              Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   */s/ Doug Beevers*
                                   DOUG BEEVERS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CRESCENCIO DELGADO-ESQUIVEL


Dated: March 31, 2011              BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Samuel Wong*
                                   SAMUEL WONG
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the detention hearing presently set for March 31, 2011, be continued to April 4, 2011, at 2:00 p.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

1   It is ordered that time from the date of the parties' stipulation,
2 March 31, 2011, up to and including, the April 4, 2011 detention hearing
3 shall be excluded from computation of time within which the trial of this
4 matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
5 §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel
6 reasonable time to prepare).
7 Dated: March 31, 2011

                                /s/ Gregory G. Hollows
                        United States Magistrate Court Judge