```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CRESCENIO DELGADO-ESQUIVEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00075-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | ) | Date: June 23, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMACICA-ARELANO; that the status conference of May 5, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on June 23, 2011, at 9:00 a.m.

The reason for the continuance to allow defense counsel additional time to review the voluminous discovery and to investigate the facts of the case. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the date of the parties'
2 stipulation, May 3, 2011 and up to and including the June 23, 2011,
3 Status Conference, shall be excluded in computing the time within which
4 trial of this matter must be commenced under the Speedy Trial Act,
5 pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
6 (ongoing preparation of defense counsel).

Dated: May 3, 2011                    Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Doug Beevers*
                                      DOUG BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      CRESCENCIO DELGADO-ESQUIVEL

Dated: May 3, 2011                    */s/ Gilbert Roque*
                                      GILBERT ROQUE
                                      Attorney for Defendant
                                      SALVADOR JAMACICA-ARELANO

Dated: May 3, 2011                    BENJAMIN B. WAGNER
                                      United States Attorney

                                 By:  */s/ Samuel Wong*
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Stip and Order                        -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 5, 2011, be continued to June 23, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 3, 2011, up to and including, the June 23, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE