DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00075-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| CRESCENCIO DELGADO-ESQUIVEL, ) | |
| et al., ) | Date: July 28, 2011 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMACICA-ARELANO; that the status conference of June 23, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on July 28, 2011, at 9:00 a.m.

   The reason for the continuance to allow defense counsel additional time to review the voluminous discovery and to investigate the facts of the case. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the date of the parties'
2 stipulation, June 16, 2011 and up to and including the July 28, 2011,
3 Status Conference, shall be excluded in computing the time within which
4 trial of this matter must be commenced under the Speedy Trial Act,
5 pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
6 (ongoing preparation of defense counsel).

Dated: June 16, 2011              Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  */s/ Doug Beevers*
                                  DOUG BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CRESCENCIO DELGADO-ESQUIVEL

Dated: June 16, 2011              */s/ Gilbert Roque*
                                  GILBERT ROQUE
                                  Attorney for Defendant
                                  SALVADOR JAMACICA-ARELANO

Dated: June 16, 2011              BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  */s/ Samuel Wong*
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

Stip and Order                    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 23, 2011, be continued to July 28, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, June 16, 2011, up to and including, the July 28, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -3-