DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-00075-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| CRESCENCIO DELGADO-ESQUIVEL, | ) | |
| et al., | ) | Date: November 17, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMACICA-ARELANO; CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA; that the status conference of September 29, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on November 17, 2011, at 9:00 a.m.

   The reason for the continuance to allow defense counsel additional time to review the voluminous discovery, investigate the facts of the case, and communicate the progress of the preparation of each defendant's

1  defense to each client. These tasks are made much more difficult and time
2  consuming as all defendants are Spanish speakers and require the use of
3  a Spanish/English intepreter to aid in the tranlation of documents, such
4  as proposed plea agreements and discovery reports, and in working with
5  any non-Spanish speaking defense counsel. The task of preparation of
6  defendant DELGADO-ESQUIVEL's defense is made particularly more difficult
7  because he is named as a defendant in two separate criminal cases
8  stemming from the same criminal investigation.  The parties agree a
9  continuance is necessary for these purposes, and agree to exclude time
10 under the Speedy Trial Act accordingly.

11      IT IS STIPULATED that the period from the date of the parties'
12 stipulation, September 27, 2011,  and up to and including the November
13 17, 2011, Status Conference, shall be excluded in computing the time
14 within which trial of this matter must be commenced under the Speedy
15 Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code
16 and T4 (ongoing preparation of defense counsel). The parties further
17 stipulate and agree that the Court shall find that: (1) the requested
18 continuance is necessary to provide defense counsel reasonable time
19 necessary for effective preparation, taking into account the exercise of
20 due diligence; and (2) the ends of justice to be served by granting a
21 continuance outweigh the best interests of the public and the defendants
22 in a speedy trial.

23

24 Dated: September 27, 2011          Respectfully submitted,

25                                    DANIEL BRODERICK
                                      Federal Defender
26
                                      */s/ Doug Beevers*
27                                    DOUG BEEVERS
                                      Assistant Federal Defender
28                                    Attorney for Defendant
                                      CRESCENCIO DELGADO-ESQUIVEL

Stip and Order                        -2-

| | | |
|---|---|---|
| Dated: September 27, 2011 | | */s/ Gilbert Roque* |
| | | GILBERT ROQUE |
| | | Attorney for Defendant |
| | | SALVADOR JAMACICA-ARELANO |

Dated: September 27, 2011                    */s/ Clemente Jimenez*
                                             CLEMENTE JIMENEZ
                                             Attorney for Defendant
                                             LAZARO ANDRADE-BAUTISTA


Dated: September 27, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Samuel Wong*
                                             SAMUEL WONG
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 29, 2011, be continued to November 17, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, September 27, 2011, up to and including, the November 17, 2011, status

Stip and Order                              -3-

1  conference shall be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act
3  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow
4  defense counsel reasonable time to prepare).
5     IT IS SO ORDERED.
6  Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                              -4-