DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-00075-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | Date: December 15, 2011 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMACICA-ARELANO; CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA; that the status conference of November 17, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on December 15, 2011, at 9:00 a.m.

///

///

1    The reason for the continuance to allow defense counsel additional
2 time to review the voluminous discovery, investigate the facts of the
3 case, and communicate the progress of the preparation of each defendant's
4 defense to each client. These tasks are made much more difficult and time
5 consuming as all defendants are Spanish speakers and require the use of
6 a Spanish/English interpreter to aid in the translation of documents,
7 such as proposed plea agreements and discovery reports, and in working
8 with any non-Spanish speaking defense counsel. The task of preparation of
9 defendant DELGADO-ESQUIVEL's defense is made particularly more difficult
10 because he is named as a defendant in two separate criminal cases
11 stemming from the same criminal investigation.  The parties agree a
12 continuance is necessary for these purposes, and agree to exclude time
13 under the Speedy Trial Act accordingly.

14    IT IS STIPULATED that the period from the date of the parties'
15 stipulation, November 16, 2011, and up to and including the December 15,
16 2011, Status Conference, shall be excluded in computing the time within
17 which trial of this matter must be commenced under the Speedy Trial Act,
18 pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
19 (ongoing preparation of defense counsel). The parties further stipulate
20 and agree that the Court shall find that: (1) the requested continuance
21 is necessary to provide defense counsel reasonable time necessary for
22 effective preparation, taking into account the exercise of due diligence;
23 and (2) the ends of justice to be served by granting a continuance
24 outweigh the best interests of the public and the defendants in a speedy
25 trial.
26 ///
27 ///
28 ///

Stip and Order                     -2-

Dated: November 16, 2011                    Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender

                                            */s/ Doug Beevers*
                                            DOUG BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CRESCENCIO DELGADO-ESQUIVEL

Dated: November 16, 2011                    */s/ Gilbert Roque*
                                            GILBERT ROQUE
                                            Attorney for Defendant
                                            SALVADOR JAMACICA-ARELANO

Dated: November 16, 2011                    */s/ Clemente Jimenez*
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            LAZARO ANDRADE-BAUTISTA

Dated: November 16, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Samuel Wong*
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Stip and Order                              -3-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 17, 2011, be continued to December 15, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, November 16, 2011, up to and including, the December 15, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: November 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE