```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CRESCENCIO DELGADO-ESQUIVEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00075-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| CRESCENCIO DELGADO-ESQUIVEL, ) | |
| et al., ) | Date: February 9, 2012 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMAICA-ARELLANO; and CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA, that the status conference of December 15, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on February 9, 2012, at 9:00 a.m.

   This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1 Plea agreements for some defendants are expected to be tendered shortly
2 after ongoing negotiations are completed.  These tasks are made more
3 difficult and time-consuming because many of the defendants are Spanish
4 language speakers and communications with their counsel need to be
5 conducted with the assistance of a Spanish-English language
6 interpreter.  Defense counsel need additional time to explain the
7 ramifications of any proposed plea agreements to their respective
8 clients and to prepare their respective client's defense in the event
9 that there is no pretrial resolution of this case.
10     All parties stipulate and agree that the Court shall find this
11 case complex and unusual within the meaning of 18 U.S.C. Section
12 3161(h)(A) and (B)(ii) and Local Code T-2 because defendant
13 Delgado-Esquivel is named as a defendant in two separate
14 methamphetamine conspiracy and trafficking Indictments with multiple
15 Spanish speaking only co-defendants, multiple counts, and numerous
16 Spanish language audio recordings that must be translated to English,
17 all of which make it unreasonable to expect adequate preparation for
18 pretrial proceedings and trial itself within the time limits
19 established in 18 U.S.C. Section 3161.  The parties stipulate and agree
20 that the Court shall find that the failure to grant the requested
21 continuance in this case would deny counsel for defendants reasonable
22 time necessary for effective preparation, taking into account the
23 exercise of due diligence.
24 ///
25 ///
26 ///
27 ///
28 ///

Stip and Order                          -2-

1    The parties agree and stipulate that the Court shall find:  (1)
2 the time within which the trial of this case must be commenced under
3 the Speedy Trial Act should therefore be excluded under 18 U.S.C.
4 section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local
5 Codes T2 (complex and unusual case) and T4 (to allow defense counsel
6 time to prepare), from the date of the parties' stipulation, December
7 12, 2011, to and including February 9, 2012; and (2) the ends of
8 justice served by the granting of such a continuance outweigh the best
9 interests of the public and the defendants in a speedy trial

10    Accordingly, the parties respectfully request the Court adopt this
11 proposed stipulation in its entirety as its order.

12    IT IS SO STIPULATED.

13

14 Dated: December 12, 2011           Respectfully submitted,

15                                    DANIEL BRODERICK
                                      Federal Defender
16
                                      */s/ Doug Beevers*
17                                    DOUG BEEVERS
                                      Assistant Federal Defender
18                                    Attorney for Defendant
                                      CRESCENCIO DELGADO-ESQUIVEL
19

20 Dated: December 12, 2011           */s/ Gilbert Roque*
                                      GILBERT ROQUE
21                                    Attorney for Defendant
                                      SALVADOR JAMAICA-ARELLANO
22

23 Dated: December 12, 2011           */s/ Clemente Jimenez*
                                      CLEMENTE JIMENEZ
24                                    Attorney for Defendant
                                      LAZARO ANDRADE-BAUTISTA
25 ///
26 ///
27 ///
28 ///

Stip and Order                         -3-

```
 1  Dated:  December 12, 2011        BENJAMIN B. WAGNER
                                     United States Attorney
 2
                                     /s/ Samuel Wong
 3                                   SAMUEL WONG
                                     Assistant U.S. Attorney
 4                                   Attorney for Plaintiff
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 15, 2011, be continued to February 9, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, December 12, 2011, up to and including, the February 9, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex and unusual case) and T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE