DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENCIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-00075-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | Date: March 29, 2012 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMAICA-ARELLANO; and CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA, that the status conference of March 2, 2012 at 10:30 a.m., be vacated, and the matter be set for status conference on March 29, 2012, at 9:00 a.m.

1    This continuance is requested to allow counsel additional time to
2 review discovery with the defendants, to examine possible defenses and to
3 continue investigating the facts of the case.  Plea agreements for some
4 defendants are expected to be tendered shortly after ongoing negotiations
5 are completed.  These tasks are made more difficult and time-consuming
6 because many of the defendants are Spanish language speakers and
7 communications with their counsel need to be conducted with the
8 assistance of a Spanish-English language interpreter.  Defense counsel
9 need additional time to explain the ramifications of any proposed plea
10 agreements to their respective clients and to prepare their respective
11 client's defense in the event that there is no pretrial resolution of
12 this case.
13    All parties stipulate and agree that the Court shall find this case
14 complex and unusual within the meaning of 18 U.S.C. Section 3161(h)(7)(A)
15 and (B)(ii) and Local Code T-2 because defendant Delgado-Esquivel is
16 named as a defendant in two separate methamphetamine conspiracy and
17 trafficking Indictments with multiple Spanish speaking only
18 co-defendants, multiple counts, and numerous Spanish language audio
19 recordings that must be translated to English, all of which make it
20 unreasonable to expect adequate preparation for pretrial proceedings and
21 trial itself within the time limits established in 18 U.S.C. Section
22 3161.  The parties stipulate and agree that the Court shall find that the
23 failure to grant the requested continuance in this case would deny
24 counsel for defendants reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.
26 ///
27 ///
28 ///

Stip and Order                    -2-

1  The parties agree and stipulate that the Court shall find: (1) the
2  time within which the trial of this case must be commenced under the
3  Speedy Trial Act should therefore be excluded under 18 U.S.C. section
4  3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T2
5  (complex and unusual case) and T4 (to allow defense counsel time to
6  prepare), from the date of the parties' stipulation, February 28, 2012,
7  to and including March 29, 2012; and (2) the ends of justice served by
8  the granting of such a continuance outweigh the best interests of the
9  public and the defendants in a speedy trial

10  Accordingly, the parties respectfully request the Court adopt this
11  proposed stipulation in its entirety as its order.

12  IT IS SO STIPULATED.

13  Dated: February 28, 2012          Respectfully submitted,

14                                    DANIEL BRODERICK
                                      Federal Defender
15
                                      /s/ Doug Beevers
16                                    DOUG BEEVERS
                                      Assistant Federal Defender
17                                    Attorney for Defendant
                                      CRESCENCIO DELGADO-ESQUIVEL
18

19  Dated: February 28, 2012          /s/ Gilbert Roque
                                      GILBERT ROQUE
20                                    Attorney for Defendant
                                      SALVADOR JAMAICA-ARELLANO
21

22  Dated: February 28, 2012          /s/ Clemente Jimenez
                                      CLEMENTE JIMENEZ
23                                    Attorney for Defendant
                                      LAZARO ANDRADE-BAUTISTA
24

25
    Dated: February 28, 2012          BENJAMIN B. WAGNER
26                                    United States Attorney

27                                    /s/ Samuel Wong
                                      SAMUEL WONG
28                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

Stip and Order                         -3-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 2, 2012, be continued to March 29, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, February 28, 2012, up to and including, the March 29, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex and unusual case) and T4 (allow defense counsel reasonable time to prepare).

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                          -4-