```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENCIO DELGADO-ESQUIVEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00075-MCE |
| Plaintiff, | |
| v. | **AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | Date: June 7, 2012 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMAICA-ARELLANO; and CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA, that the status conference of March 29, 2012 at 9:00 a.m., be vacated, and the matter be set for status conference on June 7, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Plea agreements for some defendants are expected to be tendered shortly after ongoing negotiations are completed. These tasks are made more difficult and time-consuming because many of the defendants are Spanish language speakers and communications with their counsel need to be conducted with the assistance of a Spanish-English language interpreter. Defense counsel need additional time to explain the ramifications of any proposed plea agreements to their respective clients and to prepare their respective client's defense in the event that there is no pretrial resolution of this case. In addition, defense counsel for defendants desire pre-plea presentence reports, which are anticipated to be completed in approximately eight weeks to help apprise them of legal and/or factual issues on which they may need to perform additional legal research and factual investigation in order to help prepare defendants' defense.

All defendants are currently in custody and are willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to obtain the pre-plea presentence reports, pursue negotiations with the government, and properly advise defendants of the ramifications of the pre-plea presentence reports and any proposed plea agreements.

///
///
///
///
///
///
///
///
///

1    All parties stipulate and agree that the Court shall find this case
2 complex and unusual within the meaning of 18 U.S.C. Section 3161(h)(7)(A)
3 and (B)(ii) and Local Code T-2 because defendant Delgado-Esquivel is
4 named as a defendant in two separate methamphetamine conspiracy and
5 trafficking Indictments with multiple Spanish speaking only
6 co-defendants, multiple counts, and numerous Spanish language audio
7 recordings that must be translated to English, all of which make it
8 unreasonable to expect adequate preparation for pretrial proceedings and
9 trial itself within the time limits established in 18 U.S.C. Section
10 3161.  The parties stipulate and agree that the Court shall find that the
11 failure to grant the requested continuance in this case would deny
12 counsel for defendants reasonable time necessary for effective
13 preparation, taking into account the exercise of due diligence.

14    The parties agree and stipulate that the Court shall find:  (1) the
15 time within which the trial of this case must be commenced under the
16 Speedy Trial Act should therefore be excluded under 18 U.S.C. section
17 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T2
18 (complex and unusual case) and T4 (to allow defense counsel time to
19 prepare), from the date of the parties' stipulation, March 29, 2012, to
20 and including June 7, 2012; and (2) the ends of justice served by the
21 granting of such a continuance outweigh the best interests of the public
22 and the defendants in a speedy trial.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip and Order                    -3-

1        Accordingly, the parties respectfully request the Court adopt this
2 proposed stipulation in its entirety as its order.
3        IT IS SO STIPULATED.
4 Dated: March 29, 2012                  Respectfully submitted,
5                                        DANIEL BRODERICK
                                         Federal Defender
6
                                         /s/ Doug Beevers
7                                        DOUG BEEVERS
                                         Assistant Federal Defender
8                                        Attorney for Defendant
                                         CRESCENCIO DELGADO-ESQUIVEL
9
10 Dated: March 29, 2012                 /s/ Gilbert Roque
                                         GILBERT ROQUE
11                                       Attorney for Defendant
                                         SALVADOR JAMAICA-ARELLANO
12
13 Dated: March 29, 2012                 /s/ Clemente Jimenez
                                         CLEMENTE JIMENEZ
14                                       Attorney for Defendant
                                         LAZARO ANDRADE-BAUTISTA
15 Dated: March 29, 2012                 BENJAMIN B. WAGNER
                                         United States Attorney
16
                                    By:  /s/ Samuel Wong
17                                       SAMUEL WONG
                                         Assistant U.S. Attorney
18                                       Attorney for Plaintiff
19
20
21
22
23
24
25
26
27
28

Stip and Order                          -4-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 29, 2012, be continued to June 7, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, March 29, 2012, up to and including, the June 7, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex and unusual case) and T4 (allow defense counsel reasonable time to prepare).

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea presentence investigation report by May 25, 2012.

Dated: April 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -5-