DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENCIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00075-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | Date:  August 23, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMAICA-ARELLANO; and CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA, that the status conference of June 7, 2012 at 9:00 a.m., be vacated, and the matter be set for status conference on August 23, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

///

1  Plea agreements for some defendants are expected to be tendered shortly
2  after ongoing negotiations are completed.  These tasks are made more
3  difficult and time-consuming because many of the defendants are Spanish
4  language speakers and communications with their counsel need to be
5  conducted with the assistance of a Spanish-English language interpreter.
6  Defense counsel need additional time to explain the ramifications of any
7  proposed plea agreements to their respective clients and to prepare their
8  respective client's defense in the event that there is no pretrial
9  resolution of this case.
10      Additionally, the probation office has notified the parties that
11 additional time is needed to prepare the pre-sentence reports for the
12 defendants in this case. Probation is requesting an additional 6 weeks to
13 prepare the reports.
14      All parties stipulate and agree that the Court shall find this case
15 complex and unusual within the meaning of 18 U.S.C. Section 3161(h)(7)(A)
16 and (B)(ii) and Local Code T-2 because defendant Delgado-Esquivel is
17 named as a defendant in two separate methamphetamine conspiracy and
18 trafficking Indictments with multiple Spanish speaking only
19 co-defendants, multiple counts, and numerous Spanish language audio
20 recordings that must be translated to English, all of which make it
21 unreasonable to expect adequate preparation for pretrial proceedings and
22 trial itself within the time limits established in 18 U.S.C. Section
23 3161. The parties stipulate and agree that the Court shall find that the
24 failure to grant the requested continuance in this case would deny
25 counsel for defendants reasonable time necessary for effective
26 preparation, taking into account the exercise of due diligence.
27 ///
28 ///

Stip and Order                    -2-

1     The parties agree and stipulate that the Court shall find: (1) the
2 time within which the trial of this case must be commenced under the
3 Speedy Trial Act should therefore be excluded under 18 U.S.C. section
4 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T2
5 (complex and unusual case) and T4 (to allow defense counsel time to
6 prepare), from the date of the parties' stipulation, June 5, 2012, to and
7 including August 23, 2012; and (2) the ends of justice served by the
8 granting of such a continuance outweigh the best interests of the public
9 and the defendants in a speedy trial

10     Accordingly, the parties respectfully request the Court adopt this
11 proposed stipulation in its entirety as its order.

12     IT IS SO STIPULATED.

13 Dated: June 5, 2012               Respectfully submitted,

14                                              DANIEL BRODERICK
                                             Federal Defender
15
16                                              */s/ Doug Beevers*
                                             DOUG BEEVERS
                                             Assistant Federal Defender
17                                              Attorney for Defendant
                                             CRESCENCIO DELGADO-ESQUIVEL
18

19 Dated: June 5, 2012               */s/ Gilbert Roque*
                                             GILBERT ROQUE
20                                              Attorney for Defendant
                                             SALVADOR JAMAICA-ARELLANO
21

22 Dated: June 5, 2012               */s/ Clemente Jimenez*
                                             CLEMENTE JIMENEZ
23                                              Attorney for Defendant
                                             LAZARO ANDRADE-BAUTISTA
24
Dated: June 5, 2012               BENJAMIN B. WAGNER
25                                              United States Attorney

26                                              */s/ Samuel Wong*
                                             SAMUEL WONG
27                                              Assistant U.S. Attorney
                                             Attorney for Plaintiff
28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 7, 2012, be continued to August 23, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, June 5, 2012, up to and including, the August 23, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex and unusual case) and T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE